UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Wilbert Leslie,<br><br>        Plaintiff,<br><br>    v.<br><br>John Does 1–10, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-00378-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Enlargement of Time to file an amended complaint. ECF No. 5. Plaintiff moves to extend the deadline to file an amended complaint to August 5, 2023, which is a Saturday, arguing he did not receive the form and instructions that were to be sent with the June 22, 2023 Screening Order. Plaintiff further states additional time is needed to revise his legal theory and research the true names of the defendants. *Id.* at 2-3.

While the docket in this matter reflects that the Clerk of the Court sent Plaintiff the approved form complaint, instructions for the same, and a copy of the original Complaint with the June 22, 2023 Screening Order (ECF No. 3) the Court finds Plaintiff's request is reasonable and supported by good cause.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Enlargement of Time (ECF No. 5) to file an amended complaint is GRANTED.

IT IS FURTHER ORDERED that on or before **August 7, 2023**, Plaintiff must file an amended complaint in compliance with the Court's June 22, 2023 Screening Order.

IT IS FURTHER ORDERED that failure to file an amended complaint on or before **August 7, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complaint.

IT IS FURTHER ORDERED that the Clerk of the Court must resend Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint, the information and instructions for filing the same, and a courtesy copy of the Complaint (ECF No. 4).

DATED this 18th day of July, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE